IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GUNNAR D. HUBER,
    Petitioner,

vs.                                          Case No.: 3:04cv284/MCR/EMT

DONALD F. BAUKNECHT,
    Respondent.
_____/

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

    **DONE AND ORDERED** this 10th day of November, 2005.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**